# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 183 MAL 2015
:
               Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
ANGEL MONTES, :
:
               Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 184 MAL 2015
:
               Respondent :
: Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
ANGEL MONTES, :
:
               Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 27th day of July, 2015, the Petition for Allowance of Appeal and Cross Petition for Allowance of Appeal are **DENIED**.